MJL:ALB
F#2006R01819

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

MICHAEL KELLY REINER,

Defendant.

- - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

M. No. M 06 1010

(18 U.S.C. § 2252A(a)(5)(B))

EASTERN DISTRICT OF NEW YORK, SS.:

Angela Hammons, being duly sworn, deposes and says that she is a Special Agent with the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

On or about September 12, 2006, in the Eastern District of New York, the defendant MICHAEL KELLY REINER did knowingly and intentionally possess materials containing images of child pornography, which images had been mailed, shipped and transported in interstate and foreign commerce by computer.

(Title 18, United States Code, Section 2252A(a)(5)(B)).

The source of my information and the grounds for my belief are as follows:[1]

1. I have been employed as a Special Agent of ICE since May 1997, and am currently assigned to the Long Island

[1] Because the purpose of this affidavit is merely to establish probable cause to arrest, I have not set forth all of the facts and circumstances concerning this investigation of which I am aware.

office, Resident Agent in Charge. Since 1999, I have been assigned to investigate Sexual Exploitation of Children ("SEOC") violations of federal law, including the trafficking of child pornography. I have gained expertise in the conduct of such investigations through training in seminars, classes, and daily work related to conducting these types of investigations, including the execution of numerous search warrants relating to child pornography offenses and subsequent prosecution of offenders.

2. I am familiar with the facts and circumstances of the instant case based on first-hand observations during the investigation, my review of documentary evidence obtained during the course of this investigation and discussions with other law enforcement agents.

**THE INVESTIGATION**

3. On or about August 4, 2006, the defendant MICHAEL KELLY REINER ("REINER") attempted to cross the border from the United States into Canada at the Prescott, Ontario, port of entry in Ontario, Canada, en route to Ottawa, Ontario, Canada. He exited Ogdensburg, New York, and was stopped by officers from the Canadian Border Services Agency ("BSO"). REINER was referred to a routine secondary examination of his automobile and its contents. During the secondary interview, BSO officers examined REINER's personal laptop computer and found approximately 45,000 images of which approximately 1,000 images were of young boys in sexually

provocative poses. These boys appeared to range in ages from 4 to 16 years old and wore bathing suits or underwear.

4. During an interview with the BSO officers, REINER provided the BSO officers with his passport and driver's license. He stated that his address was 82 Pengon Circle, East Meadow, New York. When asked why he possessed the images of young boys, REINER answered, in sum and substance, that he had downloaded some of the images from the Internet and that some had been forwarded to him by other people. REINER stated, in sum and substance, that he had a fetish for young boys, slavery and cannibalism, although he claimed that he did not actually practice cannibalism. He further stated in sum and substance "I like kids, they're fun. I'm a school teacher for grades 4,5,6 at Long Island School for the Gifted. I joke with them; I say I'm going to eat them, but I'm only joking; The kids always laugh."[2]

5. REINER further stated to BSO officers, in sum and substance, that he was traveling to Canada to visit a friend, John Doe, an individual whose identity is known to the United States Attorney, with whom he established and operated a website called "heritageprepservices.com." This website was intended to be accessed by people who shared REINER's interest in young boys, slavery and cannibalism. REINER explained that the provacative images of young boys contained in his laptop could be used for this

---

[2] REINER is currently working as an elementary school teacher at the Long Island School for the Gifted. The school is located at 165 Pidgeon Hill Road in Huntington Station, New York and provides classes for children in kindergarten through the ninth grade.

website. John Doe was a software developer and did most of the work to establish and maintain the heritageprepservices.com website.

6. REINER allowed BSO officers to logon to his laptop computer and enter the heritageprepservices.com website using his login and password, through a wireless telephone connection to the Internet. BSO Officers observed that the home page for heritageprepservices.com was titled "Slave Training Programs." Below the title was a picture of what appeared to be a young male with a leather strap around his head and a black object in his mouth, similar to a harness used on a horse. Other sub-menus included "Long Pig[3] Preparation," "Summer Camps," "Eboy Auctions" and "Heritage Store." As part of the instructions for filling out the "Heritage Summer Camps 2006 Application," under "Boy's Details," the application read, "Please also provide a description of how he feels about the prospect that he may be eaten." Under the section of the application titled "Reproductive sample" the application read, "For boys who have reached puberty, Heritage offers a 10% rebate on fees (in arrears) in exchange for a reproductive sample to be used for long pig breeding." Under the "Development Directions (Long Pig Camp)," the pull-down menu in the "Preferred Method of Execution" question included "throat slit, drowning, knife through..." and the pull-down menu in the "Preferred Cooking Method" question included "oven roast, split

[3] "Long Pig" appears to be a slang term relating to cannibalism which refers to human beings.

roast, barbecue, etc." The website contained a disclaimer that stated its contents were fictional. Printouts of pages from this website are attached as Attachment A.

7. When BSO officers asked REINER if he had possessed any images of child pornography on his laptop computer, he responded, "No, I'm almost positive there isn't. People have sent that type of stuff but I erase it." Failing to find images of child pornography on the laptop or in REINER's automobile, the BSO officers permitted REINER entrance into Canada.

8. Additional attempts to logon to the heritageprepservices.com website were unsuccessful on August 5, 2006. BSO officers read a notice on the website from "Crimson" that stated that it was shut down because "maybe it's time to move on. I wasn't quite ready to do this so suddenly, but recent events have caused me to rethink and I think maybe now is the time."

9. On or about August 8, 2006, REINER attempted to re-enter the United States from Prescott, Canada at the Ogdensburg, New York, crossing and he was stopped for an examination by United States Customs and Border Protection Officers ("CBP"). CBP officers found several images of children stored on REINER's laptop computer, but the images did not appear to be child pornography. The provacative images of young boys that BSO officers previously observed on REINER's laptop computer on August 4, 2006, appeared to have been removed from the laptop computer's file directory.[4] The

[4] CBP officers were not able to conduct a thorough forensic examination of the laptop computer to determine if the contents of the hard drive had been deleted.

following websites were also observed to be stored on REINER'S laptop computer:

- "Adultforums.com" (a pornographic website for adults),
- "Community.fleshdonor.org" (a message board concerning cannibalism),
- "corasbabycloset.com" (boutique for baby clothes),
- "kidburger.hu," and
- "missingandmurderedchildren.facesofthemissing.org" (a factual reporting of current abductions of children).

In addition, REINER had previously conducted internet searches for the following terms in "images.google": "human meat," "kidburger," "human steak," "manbeef," "kidchops" and "kidmeat." REINER was eventually admitted into the United States by CBP officers.

10. On September 12, 2006, an application in the United States District Court for the Eastern District of New York for a search warrant for the residence of REINER, located at 82 Pengon Circle, East Meadow, New York 11554, was denied.

11. Thereafter, on September 12, 2006, I and other agents conducted an interview of REINER at the Long Island School for the Gifted. During this interview, REINER gave me written consent to search his residence located at 82 Pengon Circle, East Meadow, New York ("REINER's residence"). A copy of this written consent is attached as Attachment B.

12. Pursuant to REINER's consent, ICE agents discovered and seized a laptop computer, desktop computer and external hard drives from REINER's residence. REINER's brother owns REINER's residence and lives there with his wife and two young boys. The

seized computers and equipment were located in REINER's bedroom and office room, which were locked on September 12, 2006. REINER explained, in sum and substance, to ICE agents that he controlled his bedroom and office and that he kept these rooms locked. REINER unlocked these rooms for ICE agents on September 12, 2006. REINER also admitted that all of the seized computers and equipment belonged to him. Specifically, REINER acknowledged his ownership of and control over all of the seized external hard drives, which REINER retrieved from his office and personally handed over to ICE agents. REINER, stated, in sum and substance, that these external hard drives contained only software applications. Following mirror imaging[5] of each of the seized hard drives, on or about September 25-26, 2006, a search was conducted on the mirror images of the hard drives, and it revealed the possession and storage on one of the external hard drives of approximately seventy (70) still images and forty-two (42) video clips which previously traveled in interstate and foreign commerce and which appear to depict children engaged in sexually explicit activities. Two (2) still images and

[5] Forensic examination of hard drives first requires that a copy or "mirror image" of the hard drive be made. The computer equipment seized from REINER amounted to approximately two terabytes of computer data. The imaging of each of these hard drives took place prior to the examination of any of the hard drive mirror images.

four (4) video clips[6] contained on this hard drive are described as follows:

a. The computer file entitled "2c67a4dd-jpg.jpg" which is a still image depicting a prepubescent female and prepubescent male, under the age of ten years, performing oral sex on a nude adult male. This image is of two known victims (i.e., real children who have been identified by law enforcement);

b. The computer file entitled "009bond01-jpg.jpg" which is a still image depicting a prepubescent male, bound and gagged, next to the genitals of a nude adult male;

c. The computer file entitled "MB.MPG" which is a video clip lasting approximately ten seconds, which depicts an adult male performing oral sex on a male child who appears to be less than five years of age;

d. The computer file entitled "zach2.mpg" which is a video clip lasting approximately thirty-six seconds, which depicts an unknown male performing oral sex on a prepubescent male child;

e. The computer file entitled "czech_9.mpg" which is a video clip lasting approximately eleven seconds, which depicts an unknown male masturbating a prepubescent male child; and

f. The computer file entitled "J-BB1.MPG" which is a video clip lasting approximately eight seconds, which depicts two nude prepubescent boys, one of whom is masturbating the other.

---

6 Although it is possible to manufacture still images which appear to depict children engaged in sexually explicit activity using "morphing" technology, based upon my training and experience it is not currently possible to create video clips of such activities without using actual children. Moreover, I am aware of a June 24, 2003 report from the FBI Forensic Audio, Video and Image Analysis Unit, which expert opinion concludes that the current state of the art in computer animation is insufficient to create "realistic" full-motion video clips of any appreciable duration depicting children engaged in sexually explicit activity without using real children.

WHEREFORE, Your deponent respectfully requests that the defendant MICHAEL KELLY REINER be dealt with according to law.

SA Angela Hammons

Special Agent Angela Hammons
Department of Homeland Security
Immigration and Customs Enforcement

Sworn to before me this
27th day of September, 2006

THE HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

**Attachment  A**



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

**CONSENT FOR SEIZURE, SEARCH AND EXAMINATION OF COMPUTERS AND RELATED MATERIALS**

I, Michael Reiner (NAME), having been advised of my right to refuse consent, do hereby give consent and authorize the Dept. Homeland Security/ICE (AGENCY) and any other agency or person cooperating with this agency, to search the following premises:

Computers - classroom (school) 165 Pidgeon Hill Rd., Huntington Station, NY
Premises

(home) 82 Pengon Circle, East Meadow, NY
office room and 1st fl. bedroom
Premises

I further consent and authorize the seizure and examination of any items that law enforcement personnel determine may be related to their investigation, including, but not limited to computers and computer-related equipment. I understand that the information obtained by such search and examination may be used against me or used for the purpose of obtaining leads to other evidence. No threats or promises have been made to me by anyone in exchange for this consent.

Date/Time: 9/12/06 4:26pm

[signature]
Signature

MICHAEL REINER
Print Name

Witnessed by:

[signature]
Signature

JEFF KNOPF
Print Name

**Attachment B**





"For the honor of y

**Programs**

- Home
- Long Pig Preparation
- Slave Training
- Summer Camps

Edit Block

**About Us**

- Philosophy
- Staff
- Campus
- Careers

Edit Block

**Scenic Heritage**

**Services**

- eBoy Auctions
- Heritage Store
- InternNET!
- Partner

# Heritage Philosophy

**i am a long pig. i am going to be eaten. my job is to be the best i can for the honor of my family.**

Heritage is founded upon the premise that a boy can become a successful only if he truly believes it. To that end, every intern and trainee learn questions". These words, almost magical in the hands of the skilled Herit help our boys to remember who they are, and guide them towards th

**i am a slave. i will obey every command. my purpose is service for the honor of my master.**

Edit this
Hits: 32

Organizations

- Administration

Edit Block

*Copyright © The Heritage Group (fictional), Inc. Story Credits*

*THE COMPLETE CONTENTS OF THIS WEBSITE ARE ENTIRELY FICTIONAL, and are intended for entertainment purposes onl contributors to this site in no way condone or support any harmful action against any person.*

 

"For the honor of y

**Programs**

- Home
- Long Pig Preparation
- Slave Training
- Summer Camps

Edit Block

**About Us**

- Philosophy
- Staff
- Campus
- Careers

Edit Block

**Scenic Heritage**

**Services**

- eBoy Auctions
- Heritage Store
- InternNET!
- Partner Organizations
- Administration

Edit Block

# Slave Training Programs

Heritage Training Services' basic slave training program continues our long focussing on the **Total Boy:** concentrating on all aspects of the boy's well set as a servant - psychologically, emotionally, mentally, and physically. Yo isn't bullied and broken into a sullen piece of property; we believe in helpir understand and take his role as your dedicated servant.

**Apply Now!**

## Obedience School

Heritage's slave obedience school, designed for boy through 26, is designed to give young slaves a well grounding in all aspects of service and obedience. S is placed on basic activities including personal hygi development, proper posture and comportment, m household chores and manual labor, daily routine, obedience habits.

It is Heritage's belief that a slave must be willing to with precision and poise, and that cannot be simply physical encouragements. He must be fully dedicated to serving you, mind why, at Heritage, your boy will receive extensive counselling and support f trained and well-respected professional staff with backgrounds in psycholo counselling. Modelled on our proven long pig prep program, we help the bc pride in service and obedience, giving him a sense of ownership and succe utmost to please you.

Our unsurpassed athletics program is carefully designed and monitored to boy develops your slave physically for whatever need you wish to put him on developing and growing muscle groups and moulding physical characte will ensure he is physically prepared for the challenges of service, whether aesthetically pleasing form to accent your decor while serving your dinner stamina and strength for manual labor. Carefully monitored all-natural, dr



supplement-free dietary programs help fuel the boy's development, and er able to work under stressful conditions.

Trainees are organized into units of four boys each, generally of similar age and intended use. A typical day at Heritage includes obedience exercises, practical teaching, counselling sessions, individual and group athletics, and personal workouts. Any punishment is meted out publicly, in front of his unit mates; punishments for serious infractions are witnessed by all trainees at the morning gathering.

| Typical L | |
|---|---|
| 6:00 | Wak Brea |
| 6:30 | Indi Cou |
| 8:00 | Indi |
| 9:30 | Mor |
| 10:00 | Tea |
| 11:30 | Pers or F |
| 1:00 | Sho |
| 2:00 | Res |
| 3:00 | Indc or G Cou |
| 4:30 | Indi |
| 6:00 | Sho |
| 7:00 | Mixe |
| 8:30 | Indi Cou |
| 10:00 | Bed |

*Obedience school is an intensive six-month program.*
$6,599 per month

## Junior Obedience School

Heritage's Junior Obedience School is a specially adapted program for slaves aged 12 and under. The special needs of younger slaves, who are generally more enthusiastic and accepting of their position, are carefully treated, ensuring long, satisfactory service from your boy.

Following the same basic principals as Obedience School, this program provides specific and proven counselling geared to preparing the boy for his life as a slave. Emphasis is put on the relationshi important and highly regarded piece of property, and on the importance of and obedient to their masters. The same basic skill sets are covered as in t School program, with special units on circumstances faced by young slaves

*Junior Obedience School is a 6-month program.*
$6,999 per month

## Optional Academics Module

For slaves enrolled in the regular or Junior Obedience School programs, Heritage offers an optional academics module to provide your slave with basic literacy and numeracy skills. This add-on package adds lessons in reading, writing, and arithmetic in a plan personalized for each boy and your needs. Custom programs can be designed (at additional cost) to bring a slave's skills to a superior level or to cover specific needs.

Heritage strongly recommends that all slaves have a minimum of the equivalent of third grade reading and writing skills and sixth grade





math skills if they will be used for any sort of domestic duties, including m( kitchen chores.

additional $1,499 per month

## Obedience Graduate School

This advanced program for graduates of Obedience School or an equivalen program focusses on immediate and perfect obedience. Designed for the m of owners, our intensive training and counseling teaches boys how to react obey without hesitation any instruction which they are given, including tho: may cause them harm or pain, while maintaining their independance and c The intent is to create a most valuable slave with a very high resale value.

*Obedience Graduate School is an 8-month program for boys 13 or older. A, training and attitude is required to enter this program.*
$8,999 per month

## Slave Boot Camp

Slave boot camp is a short introduction to being owned for boys who have decertified. Focusing on the essentials of service, this brief program is a m slave who is having trouble adjusting to their new duties. Training covers c respect, and basic practical skills, including household, elementary cooking intimate services, and general yard tasks. This program does not guarante but is appropriate for slaves entering secure or supervised uses.

*Slave boot camp is a 6-week program for boys 10 or older.*$2,999 for the s

## Pony Boy Program

The Heritage Pony Boy program is designed to prepare your boy for use as pony, suitable for entry into competition and races, or for your day-to-day and hauling needs. A mature, trained pony is quite capable of pulling consi and can be a major help in traditional farming, as well as acting as a low-c alternative for transportation over short to medium distances.

The Heritage program trains your slave in all common control techniques, i voice commands and lead training. Slaves are all fitted with modern bits, b harnesses to familiarize them with normal pony tack, and training alternat( commands and control with reins, ensuring a wide skillset for use in any n( Endurance and strength training are an integral part of the training basics, extensive training in movment in formation at a walk, trot, canter and gall(

the slave's use in pair and team pulling, along with individual work.

The pony boy program is open to boys of up to 20 years of age, and is a fu training program. Owners of slaves under the age of fourteen are advised t age are generally still insufficiently developed for heavy pulling, and our pr primarily on show pulling; slaves 8 and younger are trained exclusively in s competitive technique. Slaves entering the Heritage pony boy program are obedience-trained prior to program start; if needed, an accelerated 2-mont school period is available.

*The Heritage pony boy program is an intensive year-long curriculum.* $8,9

## Slave Summer Camp

This summer slave exploration camp is designed to help free boys who wa what it's like to be a slave.

*8 weeks, July & August annually. Not open to decertified boys.*
$2,499

Edit this
Hits: 175

---

*Copyright © The Heritage Group (fictional), Inc. Story Credits*

*THE COMPLETE CONTENTS OF THIS WEBSITE ARE ENTIRELY FICTIONAL, and are intended for entertainment purposes onl contributors to this site in no way condone or support any harmful action against any person.*

 

*"For the honor of y*

**Programs**

- Home
- Long Pig Preparation
- Slave Training
- Summer Camps

Edit Block

**About Us**

- Philosophy
- Staff
- Campus
- Careers

Edit Block

**Scenic Heritage**

**Services**

- eBoy Auctions
- Heritage Store
- InternNET!
- Partner Organizations

# Heritage Summer Camps 2006 Application

Every year, Heritage offers a summer camp for boys aged 10 to 24 who n time in the future, become long pigs or slaves for their families or some o

Our friendly counselors will help make your son at ease in our modern fac interact daily with the counselors and the interns, gaining first hand expe potential long pigs prepare in a non-threatening environment.

Daily activies include communal meals with Heritage interns, team sports workouts, discussions and question and answer sessions, execution practi in safe, supervised conditions by expert counselors), and regular counseli designed to promote self-confidence and pride. Participants also take pari hikes, overnight camps in the desert, trips to local markets, and opportur with the slaughter and preparation of a long pig.

The summer long pig camp is an eight week program (July 3 - August 28, amenities are included in the camp fees, including meals, lodging, activiti transportation between local Heritage sales offices and the Heritage camp for the Heritage Summer Long Pig Camp are US$2800. Discounts may be eligible campers (see "Reproductive Sample", below).

**Application Form**

Boy's Name* lastname, firstname

Program* Long Pig Camp

**Boy's Details**

Please provide the physical details of the boy, along with some backgrour interests, likes and dislikes, favorite sports and activities, scholastic achie Please also provide a description of how he feels about the prospect that I eaten.

Date of birth* YYYY-MM-DD

- Administration

Edit Block

eBoy

Home* City, State

Height* 0 ft 0 in

Weight* 000 lbs

Hair color*

Eye color*

Boy's background*

**Family Details**

Please provide some information on the boy's parents and siblings. Provid descriptions of family history, what the boy's parents and owner do for a they live, or any other relevant details.

Mother's name*

Father's name*

Siblings* sister (age), brother (age)

Family background*

**Reproductive sample**

For boys who have reached puberty, Heritage offers a 10% rebate on fee: arrears)in exchange for a reproductive sample to be used for long pig bre

Reproductive sample to be taken for Heritage use ☑

**Development Directions (Long Pig Camp)**

As part of the long pig camp experience, Heritage provides exercise and c simlar to those of our interns, while maintaining a large margin of safety . health. We suggest you discuss the options below with the boy, as this wi his self-confidence and engender pride in his achievement.

Target Weight (in lbs)*

Target Body Type Balanced

| | |
|---|---|
| Diet* | Standard |
| Exercise Regimine* | Normal |
| Preferred Method of Execution* | (throat slit, drowning, knife through |
| Preferred Cooking Method* | (oven roast, spit roast, barbecue, e |
| Event and Presentation Notes* | |

**Contact details**

Let us know how we can contact you.

Your Name*

Your Email Address*

'*' indicates required field

*Copyright © The Heritage Group (fictional), Inc. Story Credits*

*THE COMPLETE CONTENTS OF THIS WEBSITE ARE ENTIRELY FICTIONAL, and are intended for entertainment purposes onl contributors to this site in no way condone or support any harmful action against any person.*

Home* City, State

Height* 0 ft 0 in

Weight* 000 lbs

Hair color*

Eye color*

Boy's background*

**Family Details**

Please provide some information on the boy's parents and siblings. Provide brief descriptions of family history, what the boy's parents and owner do for a living, where they live, or any other relevant details.

Mother's name*

Father's name*

Siblings* sister (age), brother (age)

Family background*

**Reproductive sample**

For boys who have reached puberty, Heritage offers a 10% rebate on fees (payable in arrears)in exchange for a reproductive sample to be used for long pig breeding purposes.

Reproductive sample to be taken for Heritage ☑

**Development Directions (Long Pig Camp)**

# Heritage Summer Camps 2006 Application

Every year, Heritage offers a summer camp for boys aged 10 to 24 who may, at some time in the future, become long pigs or slaves for their families or some other use.

Our friendly counselors will help make your son at ease in our modern facilities. Boys interact daily with the counselors and the interns, gaining first hand experience of how potential long pigs prepare in a non-threatening environment.

Daily activies include communal meals with Heritage interns, team sports and games, workouts, discussions and question and answer sessions, execution practice (conducted in safe, supervised conditions by expert counselors), and regular counseling sessions designed to promote self-confidence and pride. Participants also take part in nature hikes, overnight camps in the desert, trips to local markets, and opportunities to help out with the slaughter and preparation of a long pig.

The summer long pig camp is an eight week program (July 3 - August 28, 2006). All amenities are included in the camp fees, including meals, lodging, activities, and transportation between local Heritage sales offices and the Heritage campus. 2006 fees for the Heritage Summer Long Pig Camp are US$2800. Discounts may be available for eligible campers (see "Reproductive Sample", below).

**Application Form**

Boy's Name* lastname, firstname

Program* Long Pig Camp

**Boy's Details**
Please provide the physical details of the boy, along with some background on his interests, likes and dislikes, favorite sports and activities, scholastic achievement, etc. Please also provide a description of how he feels about the prospect that he might be eaten.

Date of birth* YYYY-MM-D

Home* City, State

Height* 0 ft 0 in

Weight* 000 lbs

Hair color*

Eye color*

Boy's background*

**Family Details**

Please provide some information on the boy's parents and siblings. Provide brief descriptions of family history, what the boy's parents and owner do for a living, where they live, or any other relevant details.

Mother's name*

Father's name*

Siblings* sister (age), brother (age)

Family background*

**Reproductive sample**

For boys who have reached puberty, Heritage offers a 10% rebate on fees (payable in arrears)in exchange for a reproductive sample to be used for long pig breeding purposes.

Reproductive sample to be taken for Heritage use ☑

**Development Directions (Long Pig Camp)**

those of our interns, while maintaining a large margin of safety and nutritional health. We suggest you discuss the options below with the boy, as this will help promote his self-confidence and engender pride in his achievement.

Target Weight (in lbs)*

Target Body Type — Balanced

Diet* — Standard

Exercise Regimine* — Normal

Preferred Method of Execution* — (throat slit, drow ning, knife throug

Preferred Cooking Method* — (oven roast, spit roast, barbecue

Event and Presentation Notes*

**Contact details**

Let us know how we can contact you.

Your Name*

Your Email Address*

' indicates required field

---

*Copyright © The Heritage Group (fictional), Inc.* Story Credits

*THE COMPLETE CONTENTS OF THIS WEBSITE ARE ENTIRELY FICTIONAL, and are intended for entertainment purposes only. The owners of anc contributors to this site in no way condone or support any harmful action against any person*





"For the honor of yo

**Programs**

- Home
- Long Pig Preparation
- Slave Training
- Summer Camps

Edit Block

**About Us**

- Philosophy
- Staff
- Campus
- Careers

Edit Block

**Scenic Heritage**

**Services**

- eBoy Auctions
- Heritage Store
- InternNET!
- Partner Organizations

- Administration

Edit Block

# Heritage: For The Honor Of Your F

The Heritage Group is a proud and esteemed association of boy prepara related businesses that cater to the highest quality of service. Whether p son for his role as your daughter's wedding boy, training a new slave b service, or selling him on the open market, our staff will take the utmost that your boy is well cared for and your every need is met

Today, boys of all ages are entering lives of slavery or preparing for sla greater numbers, from a huge variety of backgrounds. It takes care, a patience to help him adjust his thinking and understand his new role. He winning long pig preparation and slave training programs will help your these goals, becoming obedient and compliant partners in their n

The Heritage group offers a range of products and services to meet you preparatory needs. Our classic **Long Pig Preparation** programs offer the counseling and preparation services for your boy as he prepares himself Heritage **Slave Training Services'** acclaimed programs offer premium young slave, whether he has been recently indentured or in service for y are looking for a long pig for a special occasion or a domestic servant or Heritage's **eBoy Auction Services** has what you're looking

**Heritage. For the honor of your family.**

InternNET!

**News**

- **Jul 9:** Heritage Veal Piglet
- **Jun 11:** Heritage Announc Summer Long Pig and Slav

- **Jun 9:** Indenturement Bus June 9
- **Jan 14:** America Loves Its
- **Dec 24:** "Water" You Gonr

More...

*Copyright © The Heritage Group (fictional), Inc. Story Credits*

*THE COMPLETE CONTENTS OF THIS WEBSITE ARE ENTIRELY FICTIONAL, and are intended for entertainment purposes onl contributors to this site in no way condone or support any harmful action against any person.*
