# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 20 2006 ★
BROOKLYN OFFICE

BIANCO, J.

1. Title of Case: __United States v. Michael Kelly Reiner__

2. Related Magistrate Docket Number(s): __06M01010__

   None ( )

3. Arrest Date: __9/26/2006__

4. Nature of offense(s):   x   Felony
                            ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): __None__

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Suffolk__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?              ( ) Yes   (X) No

9. Have arrest warrants been ordered?                    ( ) Yes   (X) No

10. Is a capital count included in the indictment?        ( ) Yes   (X) No

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: _____
Allen L. Bode
Assistant U.S. Attorney
631-715-7828

Rev. 10/01/03

MJL:ALB
F.# 2006R00836

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 20 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MICHAEL KELLY REINER,

          Defendant.

- - - - - - - - - - - - - - - - -X

INDICTMENT
CR 06 702

Cr. No. _____
(T. 18, U.S.C., §§
2252A(a)(5)(B),
2252A(b)(2),
2253 and 3551 et
seq.)

BIANCO, J.

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH TEN
(Possession of Child Pornography)

1.  On or about September 12, 2006, within the Eastern District of New York and elsewhere, the defendant MICHAEL KELLY REINER did knowingly and intentionally possess materials containing images of child pornography, to wit: the images depicted in the following computer files:

| COUNT | FILENAME |
|---|---|
| ONE | "M&J~1.MPG" |
| TWO | "theboyz12.jpg" |
| THREE | "theboyz13.jpg" |
| FOUR | "2c67a4dd-jpg.jpg" |
| FIVE | "boyparty-too.mpg" |
| SIX | "img-e-19.jpg" |
| SEVEN | "img-e-26.jpg" |
| EIGHT | "realboylove28.jpg" |
| NINE | "8RUSSIANBOYS.jpg" |

| COUNT | FILENAME |
|---|---|
| TEN | "102.jpg" |

which images had been transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant charged in Counts One through Ten that, upon his conviction of any such offense, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253, of (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Title 18, United States Code, and any book, magazine, periodical, film, videotape, and other matter produced, transported, mailed, shipped and received in violation of any offense of conviction; (b) any property, real and personal, constituting or traceable to gross profits and other proceeds obtained from any such offense; and (c) any property, real and personal, used or intended to be used to commit or to promote the commission of any such offense of conviction or any property traceable to such property, including, but not limited to the following:

Specific Property

(a) One Aria Computer Processing Unit, serial number 1687037599;

      (b)    One Acer Laptop computer, serial number LX270E15042800D3DM000;

      (c)    One Avia desktop computer, serial number unknown;

      (d)    Two Iogear external harddrives, serial numbers 35USD23258 and 35USD106583; and

      (e)    Two Seagate external harddrives, serial numbers 3NF01BKF and 3NF0ES41.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any

4

other property of such defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2253)

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK