Don J. Lewittes, Ph.D.
30 Hempstead Avenue
Suite # 150
Rockville Centre, N.Y. 11570

12/26/006

**CONFIDENTIAL AND PRIVILEGED**

RE: Mr. Michael Reiner's
    Forensic Evaluation Report

TO: Mr. R. Schoenberg, Esq.

Please receive via fax a corrected page # 2 of the above mentioned report. In reviewing the first document that I sent to you, I found that in paragraph three, line two, the word "not" was typographically omitted.

Please except my apology for this error and oversight.

Very truly yours,

Don J. Lewittes, Ph.D.
N.Y.S. Lic. Psychologist

# RONALD L. SCHOENBERG J.D.; L.L.M.
## ATTORNEY AT LAW

200 Willis Avenue
Mineola, N.Y. 11501

Tel: 516-693-0222
516-741-8200



Fax: 516-741-9415
Not for service of
legal documents

To: Hon. Judge Joseph F. Bianco

Fax # 631-712-5677

From: Ronald L. Schoenberg Esq.

Fax # 516-741-9415

Subject: Correction in Dr. Lewittes' letter
re Michael Reiner

Reiner, pg. 2

### Relevant Past History

#### A. Predictors Related to the Potential For Violence

The clinical and actuarial literature on violence clearly demonstrates that a history of past violence is the best predictor of any future potential. There have never been any incidents nor even allegations of violence made against Mr. Reiner. This history includes domestic situations, hundreds of contacts with children of all ages and in his everyday socialization experiences. His behavior has never led to any citations of inappropriate or problematic interactions with others, e.g., never being asked to leave a public gathering such as in a movie theater. He holds a N.Y.S. drivers license and there have never been any violations, suspensions or problems with the operation of his vehicle.

He has held a teaching license and taught in a private school for over 18 years. There have never been any employment problems. He is a well respected mentor with hundreds of parents, colleagues, and former students who can attest to his kindness and gentle disposition.

As a youth and adolescent Mr. Reiner shows a history of positive adjustment at home, in school and within the community at large. He does not use either alcohol or drugs. 
He has never been treated for, or diagnosed with, any psychiatric illness. He has never shown any problems with impulse control, including areas of anger management or sexuality. He demonstrates the capacity for empathy and lacks any correspondence to a psychopathic personality disorder. He has never previously been arrested or had any problems of any kind with the law. He is considered mentally and emotionally stable and does not demonstrate illness.

He is not a member or any group which endorses any antisocial or violent actions against children, adults, or political entities. He has a strong personal support system with relatives living in the immediate community. Other than this legal situation, he does not have an excessive amount of daily stress. His finances are in order, he has been continuously employed and has never been asked to leave any position dating back to his masters level student teaching experiences some twenty years ago.

#### B. Clinical Functioning with Specific Assessment of Sexual Paraphilias

Mr. Reiner's cognitive status demonstrates good contact with reality. There are no signs or symptoms of any underlying psychotic processes. He does not have hallucinations or delusions. There is no paranoid ideation. His affect is appropriate and there are no symptoms of any mood regulation difficulties. He has no history of mania or any symptoms of a serious depressive disorder. His sleeping, eating and biological functioning are regular and without any noted issues. He has energy for work and daily routines which include the pursuit of after school hobbies and interests. He does not have a panic disorder nor any phobias which impede his daily living routines. He is competent to manage his finances. There is no suicidal or homicidal ideation, intent or plans. He has long term social relationships which demonstrate his ability to empathize and appropriately conduct himself with children and adults.