COURT EXHIBIT
06 cr 702
1

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 23 2009 ★
LONG ISLAND OFFICE

Reiner Desktop Notes

Child Erotica was present in the Internet Temp Cache - Last access was 4/12/06 11pm

Reiner External Seagate

The program AutoSave2 was found. Last accessed 6/1/06.

AutoSave also creates a log file. None was found on either the Seagate External or the Desktop.

The AutoSave2.exe program was found, but it was not installed.

By default, AutoSave does not backup Deleted files, images or movies. It needs to be manually configured to backup these types of files. It may change file and folder names when backing up deleted files.

The default backup directory is:

Backup\"System Name"\X0\"Drive Letter"\Recycler

The folder structure of Reiners Seagate that contained the child pornography images and movies:

X-Drive Files\2BArchive – Last Accessed 8/12/06
         \Ab-Down – Last Accessed 8/12/06

The last access date of the child pornography was 12/30/04. The folders was 8/12/06. You can view thumbnails of the images in Windows Explorer with out changing the access dates.

No file or folder contained an access date before 12/26/04.

Mr. Reiners third step for deleting the files, which states "to follow a prompt to delete the material permanently." Windows will prompt for removal to Recycle Bin.

MediaWiper – MediaWiper is from the same Software Company as WipeDrive. It can "wipe" individual files or folders. MediaWiper was found on the Seagate External along with Encase, FTK and AutoSave2.

AutoSave - [Tree view: C:\RECYCLER\S-1-5-21-3408735424-2371757272-3291782878-500\Dc2\test folder 2]

File   View   Tools   Window   Help

Properties   List view   Tree view   Up   Expanded   Refresh   Wizards   Restore   Delete

Back up now
- Backup of C:
  - RECYCLER
    - S-1-5-21-1708537768-1580818891-725345543-1003
    - S-1-5-21-1708537768-1580818891-725345543-500
    - S-1-5-21-3408735424-2371757272-3291782878-500
      - Dc2
        - test folder 2

| Name | Last backup time | Rev | Size | State |
|---|---|---|---|---|
| test3.txt | 22-Jan-2009, Thu 15:3... | 1 | 0.1K | Backed up |

COURT EXHIBIT
over 702
2

