# United States District Court

## for the

## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Case Number: 0207 2:06CR00702-001

**Name of Offender:** Michael Kelly Reiner

**Name of Sentencing Judicial Officer:** The Honorable Joseph F. Bianco
U.S. District Judge

**Date of Original Sentence:** 2/5/2009

**Original Offense:** ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAINING CHILD PORNOGRAPHY

**Original Sentence:** Imprisonment - 78 M
Supervised Release - 60 M
Special Conditions - 1) Participation in sex offender treatment 2) Computer and Internet monitoring 3) No contact with anyone under 18, unless a responsible adult is present 4) Disclosure of nature of instant offense to significant other 5) Search

**Type of Supervision:** TSR                **Date Supervision Commenced:** Pending Release

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. APR 24 2012   LONG ISLAND OFFICE

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

Until securing an adequate residence approved by the Probation Department, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the Probation Department. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC, including the payment of subsistence costs.

1

## CAUSE

The offender is currently a U.S. Bureau of Prisons inmate residing at the Brooklyn Residential Reentry Center. He is scheduled for release from custody on May 23, 2012.

Mr. Reiner is in the process of establishing an acceptable residence for his scheduled release. In the event he is unsuccessful in this endeavor, the offender has agreed to remain in a Residential Reentry Center until he is able to secure adequate housing.

As evidenced by the attached form, dated April 14, 2012, the offender has waived his right to a hearing and accepted the proposed modification.

Respectfully submitted,

by _____
Eric Macolino
Sr. U.S. Probation Officer
Date: April 19, 2012

Approved:
_____
SUSPO

THE COURT ORDERS:
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

4/24/12
Date

PROB 49
(3/89)

# United States District Court

_____EASTERN_____ District _____NEW YORK_____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Until securing an adequate residence approved by the Probation Department, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the Probation Department. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC, including the payment of subsistence costs.**

Witness _____   Signed _____
       U.S. Probation Officer                                     Probationer or Supervised Releasee

                                                  4/14/12
                                                    Date