# United States District Court
## for the
### Eastern District of New York

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 0 9 2013  ★

LONG ISLAND OFFICE

Case Number: **0207 2:06CR00702-001**

Name of Offender: **Michael Kelly Reiner**

Name of Sentencing Judicial Officer: **The Honorable Joseph F. Bianco**
**U.S. District Judge**

Date of Original Sentence: **2/5/2009**

Original Offense: **ACTIVITIES RELATING TO MATERIAL CONSTITUTING OR CONTAINING CHILD PORNOGRAPHY**

Original Sentence: **Imprisonment - 78 M**
**Supervised Release - 60 M**
**Special Conditions - 1) Participation in sex offender treatment 2) Computer and Internet monitoring 3) No contact with anyone under 18, unless a responsible adult is present 4) Disclosure of nature of instant offense to significant other 5) Search**

Type of Supervision: **TSR**       Date Supervision Commenced: **5/23/2012**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

For a period of 9 months, or until securing a residence approved by the Probation Department, the defendant shall reside in a Residential Re-Entry Center (RRC) approved by the Probation Department. While in the RRC, the defendant shall adhere to all rules and conditions established by the RRC, including the payment of subsistence costs.

Prob 12B                                          -2-        *Request for Modifying the Conditions or*
                                                              *Terms of Supervision with Consent of the Offender*
*Name of Offender:*  Michael Kelly Reiner                     *Case Number:* 0207 2:06CR00702-001

## CAUSE

The offender commenced his term of supervised release on May 23, 2012. Pursuant to challenges in securing a stable residence, stemming from a lack of a support network and funds, Mr. Reiner has been a resident of the Brooklyn Residential Re-Entry Center (BRRC). The offender agreed to this stipulation, in lieu of placement in the New York City homeless shelter system.

As a BRRC resident, Mr. Reiner has secured work as a customer service representative at a limousine service and has saved approximately $3000. He continues to work with a realtor to secure an apartment in Queens, New York. At this point, he remains concerned over the cost of rent, and the daily expenses he would incur with his own apartment.

Mr. Reiner has been a BRRC resident since his release on May 23, 2012. Pursuant to U.S. Bureau of Prisons policy, Mr. Reiner agreed to BRRC placement upon release from custody, for a maximum period of 9 months. As this 9 month period will be ending during March 2013, Mr. Reiner has agreed to an additional 9 months residence at the BRRC, in the event he does not secure a residence approved by the Probation Department. This will help the offender to save more money, and avoid placement in the New York City homeless shelter system if he does not secure adequate housing by the end of this 9 month period.

Based upon the aforementioned, the Probation Department respectfully recommends the modification of the conditions of release, to include an additional 9 months residence at the BRRC. As evidenced by the attached form, dated December 19, 2012, the offender has waived his right to a hearing and accepted the proposed modification.

Respectfully submitted,

by _____
Eric Macolino
Sr. U.S. Probation Officer
Date: December 27, 2012

Approved:

_____
       for L. ANDRES
SUSPO

---

THE COURT ORDERS:
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

/Signature of Judicial Officer
Jan. 9, 2013
Date